

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2017

No. 04-16-00424-CV

**IN RE RPH CAPITAL PARTNERS, LP**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:　　Karen Angelini, Justice
　　　　　　Patricia O. Alvarez, Justice
　　　　　　Luz Elena D. Chapa, Justice

On January 12, 2017, Real Parties in Interest timely filed a motion for rehearing. The court requests that Relator file a response. If Relator chooses to file a response, Relator must file the response, or a motion for extension of time to file a response, within TEN DAYS of the date of this order.

It is so **ORDERED** on March 7, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2017.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016-CI-05251, styled *Peridot Joint Venture, Millennium Exploration Company, LLC, and Richard Monroy v. RPH Capital Partners, LP*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.